IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
vs. )
LUIS DROZ )

CR 08 49 S
In violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and (b)(1)(C)

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about May 13, 2008, in the District of Rhode Island, the Defendant, LUIS DROZ, did knowingly and intentionally possess with intent to distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

COUNT II

On or about May 13, 2008, in the District of Rhode Island, the Defendant, LUIS DROZ, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a

detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Sandra R. Beckner
Assistant U.S. Attorney

Kenneth P. Madden
OCDETF Chief
Assistant U.S. Attorney

Dated: 5-21-08