AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

RHODE ISLAND

## APPEARANCE

Case Number: CR 08-49S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Luis Diaz

I certify that I am admitted to practice in this court.

5/27/08
Date

Signature

SCOTT A. LUTES — 3502
Print Name — Bar Number

1 TURKS HEAD PLACE, SUITE 1440
Address

PROVIDENCE — RI — 02903
City — State — Zip Code

861-1142
Phone Number — Fax Number