AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

RECEIVED
MARSHALS SERVICE
MAY 21 2008
District of Rhode Island

UNITED STATES OF AMERICA

V.

LUIS DROZ

**WARRANT FOR ARREST**

Case Number: CR 08-49S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest LUIS DROZ
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court

☐ Pretrial Release Violation Petition ☐ Probation Violation Petition ☐ Supervised Release Violation ☐ Violation Notice

charging him or her with (brief description of offense)

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE and POSSESSION WITH INTENT TO DISTRIBUTE COCAINE

☑ in violation of Title 21 United States Code, Section(s) 841(a)(1)&(b)(1)(B) and (C)

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| | |
|---|---|
| Martha Saucier | Martha Saucier |
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 05/21/2008 Providence, RI |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at ACI on writ, returned to ACI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 05/21/2008 | C. Wyant SDUSM | Chad Wyant |
| DATE OF ARREST 05/27/2008 | | |